Smith v Azzarella (2026 NY Slip Op 00657)

Smith v Azzarella

2026 NY Slip Op 00657

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, AND GREENWOOD, JJ.

14 CA 25-00583

[*1]DEBRA D. SMITH, PLAINTIFF-APPELLANT,
vTHOMAS P. AZZARELLA, DEFENDANT-RESPONDENT. 

DEBRA D. SMITH, PLAINTIFF-APPELLANT PRO SE.
DANIEL J. SPERRAZZA, BUFFALO, FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Daniel Furlong, J.), entered September 9, 2024. The order, among other things, denied the application of plaintiff for an award of attorney's fees. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court